UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 05 B 21929
    RICHARD MICHAEL LONTKA
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7317
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/02/2005 and was confirmed 08/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.30% from remaining funds.

    The case was paid in full 08/11/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| B-LINE LLC | UNSECURED OTH | 6963.70 | .00 | 1552.97 |
| ROUNDUP FUNDING LLC | UNSECURED | 9382.99 | .00 | 2092.69 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 21039.58 | .00 | 4692.46 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 6173.90 | .00 | 1376.96 |
| BAKER MILLER MARKOFF & K | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8534.85 | .00 | 1903.53 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10523.55 | .00 | 2347.07 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 10774.13 | .00 | 2402.95 |
| ECAST SETTLEMENT CORP | UNSECURED | 15478.31 | .00 | 3452.13 |
| JOHN LONTKA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| DUN & BRADSTREET | UNSECURED | NOT FILED | .00 | .00 |
| DUN & BRADSTREET | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| KEYBANK | UNSECURED | NOT FILED | .00 | .00 |
| LUCILLE OCONNELL | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ER SOULTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,379.26 |
| DEBTOR REFUND | REFUND | | | 399.98 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 21929 RICHARD MICHAEL LONTKA

```
        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------

TRUSTEE                  23,800.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     19,820.76
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           1,379.26
DEBTOR REFUND                                    399.98
                        ---------------    ---------------
TOTALS                   23,800.00           23,800.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/20/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE